UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.10-10839

ANNALIZA MANABLANG THET,

     Plaintiff(s),

-V-

JANET NAPOLITANO, ET.AL,

     Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on June 14, 2010.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Voluntary Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED pursuant to the Voluntary Dismissal filed June 14, 2010.

     s/Patrick J. Duggan
     Patrick J. Duggan
     United States District Judge

Dated: June 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 14, 2010, by electronic and/or ordinary mail.

     s/Marilyn Orem
     Case Manager